UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT SCHOENSTEIN,

    Plaintiff,

v.                                  Case No: 8:21-cv-17-JSM-SPF

JOLLEY TROLLEY
TRANSPORTATION OF
CLEARWATER, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal with Prejudice (Dkt. 17). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees, costs and expenses.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of January, 2022.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record